[No. 31552-8-I.    Division One.    November 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DIONTE
MIGUEL POUGUE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00455-7, William L. Downing, J., entered
September 14, 1992. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 9950-4-III.    Division Three.    November 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
ALLEN ROWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 88-1-00449-9, Thomas E. Merryman, J.,
entered May 7, 1989. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

[No. 13118-1-III.    Division Three.    November 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
CLIFFORD WEEKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-8-01644-0, Richard J. Schroeder, J.,
entered March 5, 1993. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 13528-4-III.    Division Three.    November 8, 1994.]

*In the Matter of the Adoption of* B.L.O., ET AL.

Appeal from a judgment of the Superior Court for Yakima
County, No. 93-5-00274-2, Robert N. Hackett, Jr., J., entered
September 9, 1993. *Affirmed in part* and *reversed in part* by
unpublished opinion per Munson, J., concurred in by
Thompson, C.J., and Sweeney, J.